PS 8
(Rev. 8/2022)

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 26 2023

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK

U.S.A. vs. Hector Gutierrez          Docket No. 0860 4:21CR00165-BSM-1

**Petition for Warrant or Summons for Person Under Pretrial Supervision**

**PETITIONING THE COURT**

☐  To Issue a Warrant and Seal this Petition Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☒  To Issue a Summons

COMES NOW Talia McDaniel, U.S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Hector Gutierrez, who was placed under pretrial release supervision by the Honorable Brian S. Miller sitting in the Court at Little Rock, Arkansas, on March 13, 2023, under the following conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

(5)  The defendant must sign an Appearance Bond, if ordered.

(7)  The defendant must:
     (a) submit to supervision and report for supervision to the U.S. Probation Office.
     (b) continue or actively seek employment.
     (d) surrender any passport to:
     (e) not obtain a passport or other international travel document.
     (f) abide by the following restrictions on personal association, residence, or travel: The defendant is not to leave the Eastern District of Arkansas without the Court/USPO permission.
     (g) avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including:
     (k) not possess a firearm, destructive device, or other weapon.
     (l) not use alcohol excessively.
     (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
     (n) submit to testing for a prohibited substance if required by the pretrial services office or the supervising officer. Testing may be used with random frequency and may include urine

testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of any prohibited substance screening or testing.
(o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
(s) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including any arrests, questioning, or traffic stops.
(t) maintain regular contact with his/her attorney, not less than every two weeks.
report to the U.S. Probation and Pretrial Services Office at least 30 minutes prior to any court proceeding which defendant is required to attend. Report on a regular basis to the supervising officer.
Inpatient treatment followed by chemical free living (at least 90 days)

On June 28, 2022, the Honorable Jerome T. Kearney ordered the defendant to enter inpatient residential treatment followed by chemical free housing until the disposition of his case, and the defendant is prohibited from using alcohol entirely during the duration of his case.

On September 21, 2022, the Honorable Jerome T. Kearney revoked the defendant's pretrial bond and he was remanded to federal custody pending resolution of his case.

Mr. Gutierrez entered a guilty plea on February 22, 2023.

On February 28, 2022, the Honorable Brian S. Miller ordered the defendant be released from custody to enter inpatient residential treatment, followed by chemical free living until sentencing.

Sentencing is pending before the Honorable Brian S. Miller, U.S. District Judge.


**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**Description of apparent violations:** On June 10, 2023, the defendant violated his pretrial conditions when he was unsuccessfully discharged from Recovery Centers of Arkansas' therapeutic community program (chemical free living) for violating program rules.

On June 12, 2023, the defendant violated conditions of pretrial conditions when he verbally admitted to consuming alcohol on June 9, 2023.

On June 12, 2023, the defendant violated his pretrial conditions when he failed to report to Family Service Agency for outpatient treatment services.

**Description of officer's response to address the defendant's conduct:** The defendant was discharged from treatment because he failed to report for his curfew June 10, 2023. He was verbally reprimanded and reinstructed on conditions of release.

A record request revealed no new arrests.

## OFFICER'S RECOMMENDATION:

It is respectfully requested that a summons be issued, and the defendant appear for a show-cause hearing to determine if bond should be revoked.

| | |
|---|---|
| **I declare under penalty of perjury that the foregoing is true and correct.** | The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion. |
| Talia T McDaniel *(Digitally signed by Talia T McDaniel 2023.06.20 15:12:15)* | *(signature)* |
| Talia McDaniel<br>U.S. Probation Officer | Cameron McCree<br>Assistant U.S. Attorney |
| Executed on 6/20/2023 | Executed on JUNE 26, 2023 |

Approved by:

*(signature)*

Supervising U.S. Probation Officer